## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

Prairie River Home Care, Inc.,

       Plaintiff,

v.

Procura, LLC, a/k/a Complia Health,

       Defendant.


Procura, LLC, a/k/a Complia Health,

       Third-Party Plaintiff,

  v.


Salo Solutions, Inc.,
       Third-Party Defendant.

Civil No. 17-5121 (JRT/HB)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Hillard M. Sterling, **CLAUSEN MILLER P.C.,** 10 South LaSalle Street, Suite 1600, Chicago, IL 60603, for defendant Procura.

Jeffrey M Thompson, **MEAGHER & GEER, PLLP,** 33 South 6th Street, Suite 4400, Minneapolis, MN 55402, for ThirdParty defendant Salo Solutions, Inc.

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by Procura, LLC

(now known and doing business as Complia Health, LLC) ("Procura") and Salo Solutions,

Inc. (formerly known as Salo Solutions, LLC) ("Salo") (individually a "Party" and

collectively, the "Parties"), Procura's Third-Party Complaint and Salo's Counterclaims to Procura's Third-Party Complaint are **DISMISSED WITH PREJUDICE** and without costs or fees (including attorneys' fees) to either Party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 19, 2020
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court

2